UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE ROY J. STANSBERRY,<br><br>           Plaintiff,<br><br>   v.<br><br>ALASKA COURT SYSTEM, et al.,<br><br>           Defendants. | CASE NO. C22-1664JLR-SKV<br><br>SHOW CAUSE ORDER |

Before the court is *pro se* Plaintiff Lee Roy J. Stansberry's proposed complaint. (Prop. Compl. (Dkt. # 1).) On November 28, 2022, the court notified Mr. Stansberry that his proposed complaint was deficient and instructed him to either pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* ("IFP") to the court by December 28, 2022. (*See* Notice (Dkt. # 5) (directing Mr. Stansberry to also "provide a certified copy of [his] prison trust account statement showing transactions for the last six

//

//

SHOW CAUSE ORDER - 1

months").)  To date, Mr. Stansberry has neither filed an IFP application nor paid the $402 filing fee.[1]  (*See generally* Dkt.)

Accordingly, Mr. Stansberry is ORDERED to show cause why his case should not be dismissed.  Mr. Stansberry must respond to this show cause order by January 9, 2023.  Alternatively, Mr. Stansberry may, by January 9, 2023, either pay the $402 filing fee or submit an IFP application.  Failure to timely respond will result in dismissal of this action without prejudice.

Dated this 29th day of December, 2022.

JAMES L. ROBART
United States District Judge

---

[1] Because Mr. Stansberry has not yet cured the above-mentioned deficiencies, the court has not filed his proposed complaint and this action has not yet commenced.  (*See generally* Dkt.; Prop. Compl.)