UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE ROY J. STANSBERRY, <br><br> Plaintiff, <br><br> v. <br><br> ALASKA COURT SYSTEM, et al., <br><br> Defendants. | CASE NO. C22-1664JLR-SKV <br><br> ORDER |

On December 30, 2022, the court notified *pro se* Plaintiff Lee Roy J. Stansberry that he had failed to timely pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* ("IFP"). (*See* 12/30/22 OSC (Dkt. # 7); *see also* Deficiency Notice (Dkt. # 5); Dkt.) Therefore, the court ordered Mr. Stansberry to show cause why his case should not be dismissed. (12/30/22 OSC at 2.) Alternatively, the court stated that Mr. Stansberry could discharge the show cause order by "either pay[ing] the $402 filing fee or submit[ing] an IFP application" by January 9, 2023. (*Id*.) The court warned Mr.

ORDER - 1

Stansberry that his failure to timely respond to the court's show cause order would "result in dismissal of this action without prejudice." (*Id.*)

The January 9, 2023 deadline has now passed, and Mr. Stansberry has neither responded to the court's show cause orders nor cured the deficiencies identified therein. (*See generally* Dkt.) Accordingly, the court DISMISSES this action WITHOUT PREJUDICE.

Dated this 10th day of January, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2